1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8                  UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No. CV A 11-8938

12                  Plaintiff,

13        vs.                        CONSENT JUDGMENT

14  BARBARA Y. BROWN-THOMAS, AKA
    BARBARA Y. BROWN, AKA BARBARA
15  YVONNE BROWN,

16                  Defendant

17

18       Pursuant to the above stipulation of the parties,

19  Judgment is hereby entered in favor of Plaintiff, UNITED

20  STATES OF AMERICA, against Defendant, Barbara Y. Brown-

21  Thomas, aka Barbara Y. Brown, aka Barbara Yvonne Brown, in

22  the principal amount of $1,057.32 plus interest accrued to

23  October 26, 2011, in the sum of $2,038.61; with interest

24  accruing thereafter at 8% annually until entry of judgment,

25  for a total amount of  **$3,095.93**.

26  DATED: 1/17/2012            By: Terry Nafisi
                                    Clerk of the Court
27
                                    A. Martinez
28                                  Deputy Clerk
                                  United States District Court